## James W. Gullett, Appellee, v. George W. Leaverton and Grace Leaverton, Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. FRANK W. BURTON, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed October 13, 1916.

### Statement of the Case.

Action by James W. Gullett, plaintiff, against George W. Leaverton and Grace Leaverton, defendants, for fraud and deceit. From a judgment for plaintiff for four hundred dollars, defendants appeal.

The sufficiency of the declaration in this case was determined on a former appeal, reported in 188 Ill. App. 66.

SMITH & FRIEDMEYER, for appellants.

NOAH GULLETT and GILLESPIE & FITZGERALD, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. PRINCIPAL AND AGENT, § 155*—*when principal is bound by misrepresentations of agent.* Misrepresentations of an agent made when he is acting within the scope of his authority, or when the principal has knowledge of the deceit, will bind the principal.

2. HUSBAND AND WIFE, § 143*—*when wife is bound by fraud of husband.* Where, in an action for fraud and deceit for the sale of a lot, against a man and his wife, it was shown that the husband was the agent of the wife, that the representations were false, that the husband knew them to be false, that they were material transactions and were made with the intent to deceive, that the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

plaintiff to whom they were made 'relied upon them, and was induced to act by reason thereof, and was misled and damaged thereby, *held* that the evidence was sufficient to justify a judgment against the wife as well as against the husband, it tending to show that she knew of the representations, since the husband testified 'as to conversations with her about the sale and that the representations were contained in an advertisement of the lot for sale, and the wife did not deny either the making of them or their falsity.

## Rebecca Wortman, Appellee, v. E. C. Trott et al., Appellants.

### (Not to be reported in full.)

Appeal from the Circuit Court of McLean county; the Hon. THOMAS M. HARRIS, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed October 13, 1916.

### Statement of the Case.

Action by Rebecca Wortman, plaintiff, against E. C. Trott and another, defendants, for personal injuries sustained by being struck by the defendants' automobile. From a judgment for plaintiff for five hundred dollars, defendants appeal.

HART, FLEMING & PRATT, for appellants.

STERLING & WHITMORE, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 3*—*when evidence is sufficient to show negligence of owner of automobile in striking pedestrian.*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.